LAW OFFICES OF

# JOSEPH V. SORRENTINO, PLLC

404 MANOR ROAD
STATEN ISLAND, NY 10314
(718) 720-4943
FAX (718) 720-5009

ADMITTED IN NEW YORK
AND NEW JERSEY

Of Counsel
Andrew John Calcagno, Esq. †
Timothy Forsyth, Esq. †
† Admitted in New York, New Jersey,
Pennsylvania and The District of Columbia

NEW JERSEY OFFICE
213 South Avenue East
Second Floor
Cranford, NJ 07016
(201)656-6525

September 29, 2010

**VIA ECF**
The Honorable Nicholas G. Garaufis, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Manny Bana, et al.*
*Docket No. 09-Cr-672(NGG)*

Dear Judge Garaufis:

With the concurrence of the government by Assistant United States Attorney Stephen Frank, please accept this letter as a request on behalf of my client, Sebastian DeRosa and also on behalf defendant, Frank DeRosa, by his attorney, David Levine, Esq., to adjourn the sentencing date of both defendants presently scheduled before Your Honor for Friday, October 15, 2010 at 12:00 p.m. and Friday, October 22, 2010, respectively, in the above-referenced matter.

We are respectfully seeking an adjournment of the sentencing to either Friday, November 19, 2010 in the afternoon or Friday, December 10, 2010 in order to properly respond to the Presentence Investigation Reports and submit Sentencing Memorandums to the Court on behalf of our clients prior to sentencing.

Most respectfully,

/s/ Joseph V. Sorrentino
JOSEPH V. SORRENTINO

JVS:lq

c:  Assistant United States Attorney Stephen Frank
    Assistant United States Attorney Nicole Argentieri